**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE OJEWOLE,<br><br>   Plaintiff,<br><br>   v.<br><br>KAISER HOSPITAL ASSISTANCE CORPORATION,<br><br>   Defendant.<br> _____ / | No. C 14-05631 JSW<br><br>**ORDER TO SHOW CAUSE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff filed this action on December 24, 2014, and it is scheduled for an initial case management conference on March 27, 2014. The parties' joint case management statement was due on March 20, 2015. It appears Defendant has not been served, and Plaintiff did not file a case management conference statement or a request to continue the case management conference. Instead, she filed an amended complaint. Accordingly, Plaintiff is HEREBY ORDERED to show cause as to why she failed to file a case management statement in accordance with the deadlines set by the Court. Plaintiff's response to this Order to Show Cause by March 27, 2015. The Court HEREBY CONTINUES the case management conference from March 27, 2015 at 11:00 a.m. to April 3, 2015 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: March 23, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE