IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE OJEWOLE, | |
| Plaintiff, | No. C 14-05631 JSW |
| v. | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| KAISER HOSPITAL ASSISTANCE CORPORATION, | |
| Defendant. | |

The Court has received Plaintiff's response to the Court's Order to Show Cause. Although Plaintiff does not adequately explain his failure to file a case management statement or to file a motion to continue the case management conference by March 20, 2015, the Court shall discharge the Order to Show Cause without imposing sanctions. However, Plaintiff is HEREBY ADVISED that failure to comply with the Court's deadline in the future may result in further Orders to Show Cause and that an inadequate response shall result in the imposition of sanctions.

Unless the Court receives a motion to continue the case management conference, which is now scheduled for April 3, 2015, at 11:00 a.m., the parties shall appear on that date, and the parties' joint case management statement shall be due by March 27, 2015.

//

//

//

1  Plaintiff shall serve a copy of this Order on Defendant, and she shall file proof of service
2  with the Court by March 27, 2015.
3  **IT IS SO ORDERED.**
4  Dated: March 24, 2015



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2