IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE OJEWOLE,<br><br>   Plaintiff,<br><br>   v.<br><br>KAISER HOSPITAL ASSISTANCE CORPORATION,<br><br>   Defendant.<br>_____ / | No. C 14-05631 JSW<br><br>**ORDER TO SHOW CAUSE AS TO WHY MONETARY SANCTIONS SHOULD NOT BE IMPOSED** |

On March 23, 2015, the Court issued an Order to Show Cause to Plaintiff, because Plaintiff had not filed a case management statement in the time required by the Civil Local Rules. After receiving Plaintiff's response, the Court discharged the Order to Show Cause without imposing sanctions. However, the Court put Plaintiff on notice that failure to comply with the Court's deadline in the future may result in further Orders to Show Cause and that an inadequate response shall result in the imposition of sanctions.

The Court also continued the case management conference scheduled for March 27, 2015 to April 3, 2015, at 11:00 a.m., and it ordered that the parties' joint case management statement shall be due by March 27, 2015. Plaintiff again failed to comply with that deadline, and failed to comply with the Court's Order that she serve Defendant with a copy of that Order and file a proof of service with the Court.

Accordingly, Plaintiff is HEREBY ORDERED to show cause why the Court should not imposed monetary sanctions in the amount of $250.00. Plaintiff's response to this Order to

Show Cause shall be due by April 3, 2015 at 9:00 a.m. The case management conference remains on calendar.

Finally, the Court HEREBY ADVISES Plaintiff that continued failure to comply with the Court's deadlines may result in an Order to Show Cause as to why the Court should not dimiss her case for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 31, 2015



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2