SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293)
crowley@seyfarth.com
Elizabeth J. MacGregor (SBN 267326)
emacgregor@seyfarth.com
Jason M. Allen (SBN 284432)
jmallen@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE OJEWOLE,<br><br>                Plaintiff,<br><br>       v.<br><br>KAISER FOUNDATION HOSPITALS, INC.,<br><br>                Defendant. | Case No. C 14-05631 JSW<br><br>[PROPOSED] ORDER GRANTING A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE |

GOOD CAUSE being shown as stated in the filed Stipulation of the parties, and without relieving Plaintiff of her obligation to respond to the Court's outstanding Order to Show Cause, the Court orders as follows:

The CMC in this matter shall be reset to __May 8,_____, 2015 at __11:00__ am/~~pm~~. The parties shall meet and confer as required in the Local Rules and Court's Standing Order no later than __April 24_____, 2015, and ~~Plaintiff~~ _the parties_ shall submit a joint Case Management Statement no later than __May 1_____, 2015.

Dated:  April __1__, 2015

_____
Honorable Jeffrey S. White
Judge of United States District Court
Northern District of California

[PROPOSED] ORDER GRANTING CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE
CASE NO. C 14-05631 JSW

19555083v.1