IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALICE OJEWOLE,

    Plaintiff,

v.

KAISER HOSPITAL ASSISTANCE CORPORATION,

    Defendant.

                                              /

No. C 14-05631 JSW

**SECOND ORDER DISCHARGING ORDER TO SHOW CAUSE WHY MONETARY SANCTIONS SHOULD NOT BE IMPOSED**

    The Court has received Plaintiff's response to the Court's Order to Show Cause as to why monetary sanctions should not be imposed. The Court shall discharge the Order to Show Cause without imposing monetary sanctions. However, Plaintiff, and her counsel, are HEREBY ADVISED that failure to comply with the Court's deadlines in the future shall result in further Orders to Show Cause as to why greater sanctions should not be imposed.

    **IT IS SO ORDERED.**

Dated: April 3, 2015

                                                                     
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE