UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALICE OJEWOLE, | Case No. 14-cv-05631-JSW |
|---|---|
| Plaintiff, | |
| v. | **ORDER PERMITTING ADDITIONAL EVIDENCE AND BRIEFING AND CONTINUING HEARING** |
| KAISER FOUNDATION HOSPITALS, INC., | Re: Docket No. 51 |
| Defendant. | |

The Court has received and considered Plaintiff's Offer of Proof regarding the additional evidence she would submit in support of her opposition to Defendant's motion for summary judgment. In the interests of justice and in order to decide the motion on the most developed record, the Court GRANTS Plaintiff's request to submit the declarations described in the Offer of Proof. Plaintiff shall submit those declarations and a supplemental opposition brief by no later than March 11, 2016. Defendant shall file a supplemental reply brief by no later than March 25, 2016, which shall include any objections to Plaintiff's evidence. If Defendant includes objections in its reply brief, Plaintiff shall file a response to those objections by no later than April 1, 2016. If Defendant wishes to depose any of the declarants, it shall file a request to do so by no later than March 18, 2016, which shall include a revised proposed deadline for its supplemental reply brief. The Court CONTINUES the hearing now set for April 8, 2016, to April 22, 2016.

**IT IS SO ORDERED.**

Dated: February 25, 2016

JEFFREY S. WHITE
United States District Judge